UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80221-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

vs.

MICHAEL SHAPIRO,

      Defendant.
_____/

## STIPULATED FACTUAL PROFFER FOR PLEA

The United States Attorney's Office for the Southern District of Florida and the defendant, MICHAEL SHAPIRO, enter into the following stipulated factual proffer for plea.

The defendant agrees that the government would prove the following facts at trial:

1. On October 31, 2019, between 1100 – 1118 hours (EDT) a male subject, identified through the phone system's caller ID as Michael SHAPIRO, using phone number 347-556-0050, called the United States Capital Police Threat Assessment Section ("USCP/TAS") at 202-224-1495 and spoke with Special Agent ("SA") Kimberly Flowers on several occasions.

2. Continuing on this same date, between 1120 – 1122 hours (EDT), SHAPIRO called "USCP/TAS" three additional times and spoke with SA Flowers where he made the following threatening statements:

- "I'm going to kill you. I'm going to kill you. I'm coming to kill you. I'm going to kill you. I'm going to kill you. I'll kill you. Do you hear me? I'm going to come and kill you. I'm going to come and kill you."

- "Yes, tell Grace Ury. You know who she is right? Tell her I'm going to come and kill her. I'm going to kill her. Do you hear me? Tell her I'm going to come and kill her. I'm going to kill her. I'm going to kill her."

- "Yes, one more time. Tell Grace Ury I'm gonna kill her. I'm going to kill her. Will you do that for me? Will you do that for me? Yes, I'm going to kill her. I'm going to kill her."

3. Continuing on this same date, SA Veloz advised USCP SA Grace Ury of these calls, and played the recordings. SA Ury confirmed that the voice and verbiage is the same as of the subject she had been investigating, involving threats to a Member of Congress and his adult child. SA Ury positively identified subject as Michael SHAPIRO.

4. On October 10, 2019, SA Ury and a Federal Bureau of Investigation ("FBI") agent interviewed SHAPIRO at his residence located in Greenacres, Florida concerning threats he allegedly made to a Member of Congress and his adult child. SHAPIRO stated to SA Ury that his mobile phone number is 347-556-0050 and showed her his mobile phone. SA Ury asked SHAPIRO if anyone else used his phone and he stated that he lived alone. SA Ury admonished SHAPIRO for the threats.

5. An online database search of the number 347-556-0050 revealed that the current cellular carrier for that number is AT&T and is associated with SHAPIRO.

6. AT&T subscriber records, which were provided by AT&T following an emergency disclosure request made pursuant to 18 U.S.C. 2702(c)(4) for the phone number 347-556-0050 showed SHAPIRO to be the sole account user with a billing address of Greenacres, Florida.

7. Records provided by AT&T also identified that the device has an International Mobile Subscriber Identity (IMSI) #: 310410161659595.

8. Location information, also provided by AT&T as a result of the emergency disclosure request showed that on October 31, 2019, SHAPIRO's cell phone was in the State of Florida, specifically approximately 0.4 miles from SHAPIRO's residence located in Greenacres,

Florida.

9. USCP/TAS also obtained the call records from AT&T, for the calls made by SHAPIRO (using cell phone 347-556-0050) on October 31, 2019. AT&T phone records confirmed that SHAPIRO called USCP/TAS at 202-224-1495 several times between 1100 – 1122 hours (EDT).

The defendant agrees that the above facts are sufficient to meet the elements of the offense charged in Count Two of the indictment and to support the defendant's guilty plea.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/10/2020    By: _____
                       for ROLANDO GARCIA
                       ASSISTANT UNITED STATES ATTORNEY

Date: 1/10/2020    By: _____
                       M. CAROLINE McCRAE
                       ATTORNEY FOR DEFENDANT

Date: 1/10/2020    By: _____
                       MICHAEL SHAPIRO
                       DEFENDANT